

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Deriace E. STONE, Petitioner**

**No. 568 MAL 2016**

Supreme Court of Pennsylvania.

December 21, 2016

### ORDER

PER CURIAM

**AND NOW,** this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Tyrell BOYD, Petitioner**

**No. 553 MAL 2016**

Supreme Court of Pennsylvania.

December 21, 2016

### ORDER

PER CURIAM

**AND NOW,** this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

**STRAUSSER ENTERPRISES,**
**INC. Respondent**

v.

**SEGAL AND MOREL, INC., Segal and Morel at Forks Township II, LLC, Segal and Morel at Forks Township III, LLC, Segal and Morel at Forks Township IV, LLC and Kenneth Segal, Petitioners**

**Strausser Enterprises, Inc., Respondent**

v.

**Segal and Morel, Inc., Segal and Morel at Forks Township II, LLC, Segal and Morel at Forks Township III, LLC, Segal and Morel at Forks Township IV, LLC and Kenneth Segal, Petitioners**

**Strausser Enterprises, Inc., Respondent**

v.

**Segal and Morel, Inc, Segal and Morel at Fork Township II, LLC, Segal and Morel at Fork Township III, LLC, Segal and Morel at Fork Township IV, LLC, and Kenneth Segal, Petitioners**

**No. 530 MAL 2016**
**No. 531 MAL 2016**
**No. 532 MAL 2016**

Supreme Court of Pennsylvania.

December 21, 2016

PER CURIAM

**ORDER**

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Kristen Lynn **STRAUSSER**, Petitioner

No. 499 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

**ORDER**

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Kenneth Gailyn **HIXON**, III, Petitioner

No. 471 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

**ORDER**

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Brett Allen **WOODSIDE**, Petitioner

No. 497 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

**ORDER**

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Rafe Anthony **DUNN**, Jr., Petitioner

No. 468 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016